SAMUEL D. SERINA, an Infant, by ANGELO SERINA, His Guardian ad Litem, Appellant, *v.* NEW YORK RAILWAYS CORPORATION, Respondent.

ANGELO SERINA, Appellant, *v.* NEW YORK RAILWAYS CORPORATION, Respondent.

(Submitted October 22, 1934; decided October 26, 1934.)

*Joseph L. Zelaskow* for motions.
*Sol Gelb* opposed.

Motions granted and appeals dismissed with costs and ten dollars costs of motion unless an undertaking is filed in each case and appellant pays ten dollars costs within ten days, in which event the motions are denied.